IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-489-D

UNITED STATES OF AMERICA,      )
                               )
        v.                     )
                               )        **ORDER**
RUBEN CAMPOS-ARROLLO,          )
                               )
              Defendant.       )

The United States SHALL respond to defendant's motion for sentence reduction under

Amendment 821 [D.E. 38] not later than June 30, 2026.

SO ORDERED. This _4_ day of May, 2026.

James C. Dever

JAMES C. DEVER III
United States District Judge