IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-489-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RUBEN CAMPOS-ARROLLO, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's pro se motion for reconsideration [D.E. 43].

SO ORDERED. This 9 day of September, 2026.

JAMES C. DEVER III
United States District Judge